General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 842, Misc.  SIPULT *v.* CALIFORNIA.  Dist. Ct. App. Cal., 2d App. Dist.  Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 878, Misc.  MENDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 936, Misc.  JACOBSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent.

No. 980, Misc.  BAKER *v.* FLORIDA.  Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Thomas E. Boyle,* Assistant Attorney General, for respondent.

No. 1153, Misc.  CHATTERTON *v.* GEORGIA.  Sup. Ct. Ga.  *David L. Lomenick* for petitioner.  *Arthur K. Bolton,* Attorney General of Georgia, *Alfred L. Evans, Jr.,* Assistant Attorney General, and *Earl B. Self,* Solicitor General, for respondent.

No. 1186, Misc.  LOMBARDI *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Petitioner *pro se. Alan F. Leibowitz* for respondent.

No. 1336, Misc.  CLEMONS *v.* TEXAS.  Ct. Crim. App. Tex.  *Lewis L. Scott* for petitioner.  *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First